DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1,<br><br>Plaintiff,<br><br>vs.<br><br>INDEPENDENCE II HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES,<br><br>Defendants.<br><hr>SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1; and CAROLINA OSPINA MEDINA, an individual,<br><br>Counter/Cross-Defendant. | Case No. 2:16-cv-00536-MMD-VCF<br><br>**STIPULATION AND ORDER DISMISSING CAROLINA OSPINA MEDINA WITHOUT PREJUDICE** |

- 1 -

1      Cross-Defendant CAROLINA OSPINA MEDINA ("Medina") stipulates and agrees
2 that she no longer has any interest, ownership or otherwise, in the real property commonly
3 known as **7482 Margollini Street, Las Vegas, NV 89148; Parcel No. 176-08-117-167**
4 ("Property"). Medina has been informed that the Property was sold on February 15, 2013 by
5 the foreclosure sale conducted by Nevada Association Services, Inc. ("NAS"), agent for
6 Independence II Homeowners' Association. Medina further stipulates and agrees that she will
7 not contest the validity of the resulting foreclosure deed recorded in the Official Records of
8 the Clark County Recorder, Instrument Number 201302220002496, or SFR Investments Pool
9 1, LLC's ownership interest in the Property based on the foreclosure deed.

10     Based on these representations, SFR Investments Pool 1, LLC and Medina stipulate and
11 agree that Medina shall be dismissed from this action without prejudice, each party to bear its
12 own fees and costs.

Dated this 12 day of July, 2016.

KIM GILBERT EBRON

DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 25 day of June, 2016.

**CAROLINA OSPINA MEDINA**

Carolina Ospina Medina
7980 W. Quail Avenue
Las Vegas, NV 89113
*Cross-Defendant*

## ORDER

21     UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby
22 ORDERED that Cross-Defendant CAROLINA OSPINA MEDINA shall be dismissed from this
23 action
24 ///
25 ///
26 ///
27 ///
28 ///

- 2 -

without prejudice, each party to bear its own fees and costs.

DATED THIS 14th day of July 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

_____
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301