MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com
*Attorneys for Deutsche Bank Nat'l Trust Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF IMPAC SECURED ASSETS CORP, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1, <br><br> Plaintiff, <br><br> vs. <br><br> INDEPENDENCE II HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00536-MMD-GWF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INDEPENDENCE II HOMEOWNERS' ASSOCIATION'S THIRD RENEWED MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br> **(ECF No. 96)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br> Counter/Cross Claimant, <br> vs. <br> DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF IMPAC SECURED ASSETS CORP, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1; and CAROLINA OSPINA MEDINA, an individual, <br><br> Counter/Cross Defendants. | |

1

Deutsche Bank National Trust Company as trustee for the certificateholders of IMPAC Secured Assets Corp, Mortgage Pass-Through Certificates, Series 2007-1 and Independence II Homeowners Association stipulate to extend Deutsche Bank's deadline to respond to Independence's motion to dismiss by 45 days, until Tuesday, October 22, 2018.

Deutsche Bank and Independence reached a preliminary agreement to settle the claims Deutsche Bank asserts against Independence. To conserve the parties resources and while the parties finalize the terms of their agreement, the parties request the court approve this stipulation extending Deutsche Bank's deadline to respond to Independence's motion to dismiss until October 22.

Dated: September 7, 2018

| AKERMAN LLP | **GORDON & REES LLP** |
|---|---|
| */s/ Jamie K. Combs* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> Telephone: (702) 634-5000 <br><br> *Attorneys for Deutsche Bank* | */s/ Robert S. Larsen* <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> LYNNE MCCHRYSTAL, ESQ. <br> Nevada Bar No. 14739 <br> 300 South Fourth Street, Suite 1550 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Independence II HOA* |

**IT IS SO ORDERED:**

_____

UNITED STATES DISTRICT JUDGE

DATED: September 10, 2018

# **CERTIFICATE OF SERVICE**

I certify on September 7, 2018 and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **stipulation and order to extend time to respond to Independence II Homeowners' Association's third renewed motion to dismiss plaintiff's complaint,** via the court's CM/ECF system on the following:

| | |
|---|---|
| Jon M. Ludwig, Esq. | Diana S. Ebron, Esq. |
| Lynne McChrystal, Esq. | Jacqueline A. Gilbert, Esq. |
| Robert S. Larsen, Esq. | Karen L. Hanks, Esq. |
| GORDON & REES LLP | KIM GILBERT EBRON |
| 3770 Howard Hughes Parkway, Suite 100 | 7625 Dean Martin Drive, Suite 100 |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89139 |
| *Attorneys for Independence II Homeowners' Association* | *Attorneys for SFR Investments Pool 1, LLC* |

Brandon E. Wood, Esq.
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, Nevada 89146

*Attorney for Nevada Association Services, Inc*