MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com
*Attorneys for Deutsche Bank Nat'l Trust Co.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF IMPAC SECURED ASSETS CORP, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1,<br><br>                    Plaintiff,<br>vs.<br><br>INDEPENDENCE II HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br>                    Defendants. | Case No.: 2:16-cv-00536-MMD-GWF<br><br><br>**STIPULATION TO DISMISS INDEPENDENCE II HOMEOWNERS' ASSOCIATION AND AGREED ORDER OF PARTIAL JUDGMENT** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br>                Counter/Cross Claimant,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF IMPAC SECURED ASSETS CORP, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1; and CAROLINA OSPINA MEDINA, an individual,<br><br>                Counter/Cross Defendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Deutsche Bank National Trust Company as trustee for the certificateholders of IMPAC secured assets corp, mortgage pass-through certificates, series 2007-1 and Independence II Homeowners Association stipulate as follows:

1.      This matter relates to real property located at 7482 Margolinni Street, Las Vegas, Nevada, APN 161-2213457 (**property**).  The property is more specifically described as:

> Lot 605 in Block 12 of Quartersprings – Unit 1 as shown by map thereof on file in Book 114 of Plats, page 94 in the Office of the County Recorder, Clark County, Nevada.

2.      Deutsche Bank is the beneficiary of record of a deed of trust encumbering the property recorded on December 22, 2006 as instrument number 20061220004256 with the Clark County Recorder's Office.

3.      On February 22, 2013, Independence II recorded a trustee's deed as instrument number 201302220002496 with the Clark County Recorder, reflecting SFR Investments Pool 1, LLC purchased the property at a foreclosure sale of Independence II's lien held on February 15, 2013.

4.      On March 10, 2016, Deutsche Bank filed this action against Independence II, Nevada Association Servicces, Inc. and SFR asserting Independence II's foreclosure of its lien and the HOA foreclosure deed did not extinguish the deed of trust.

5.      Independence II agrees as between it and Deutsche Bank, title to the property is quieted in Deutsche Bank.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6.    Deutsche Bank agrees to dismiss with prejudice all claims it asserts against Independence II in this action, with each party to bear its own fees and costs.

Deutsche Bank and Independence II request the court enter an order granting this stipulation.

Dated October 23rd, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **GORDON & REES LLP** |
| */s/ Donna M. Wittig* | */s/ Lynne McChrystal* |
| MELANIE D. MORGAN, ESQ. | ROBERT S. LARSEN, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 3998 |
| DONNA WITTIG, ESQ. | LYNNE MCCHRYSTAL, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 14739 |
| 1635 Village Center Circle, Suite 200 | 3770 Howard Hughes Pkwy., Ste. 100 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89169 |
| *Attorneys for Deutsche Bank* | *Attorneys for Independence II HOA* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED:  October 24, 2018