MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Deutsche Bank Nat'l Trust Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF IMPAC SECURED ASSETS CORP, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1,<br><br>Plaintiff,<br>vs.<br><br>INDEPENDENCE II HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00536-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE PARTIES' DEADLINES TO FILE THEIR REPLIES SUPPORTING THEIR MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[ECF NOS. 107, 108]**<br><br>(**FIRST REQUEST**) |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF IMPAC SECURED ASSETS CORP, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1; and CAROLINA OSPINA MEDINA, an individual,<br><br>Counter/Cross Defendants. | |

1

47789939;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Deutsche Bank National Trust Company as trustee for the Certificateholders of IMPAC Secured Assets Corp, Mortgage Pass-Through Certificates, Series 207-1 and SFR Investments Pool 1, LLC stipulate to extending their deadlines to file their replies supporting their motions for summary judgment, ECF Nos. 107 and 108, for an additional 14 days or until February 25, 2019.

Deutsche Bank and SFR moved for summary judgment on January 7, 2019. (ECF Nos. 107, 108.) They responded to each other's motions on January 28, 2019. (ECF Nos. 109-10.) Their deadlines to file their replies supporting their motions is February 11, 2019. *See* L.R. 7-2(b).

The parties stipulate to extending their reply deadlines by fourteen days, from February 11, 2019 to February 25, 2019, to allow additional time to prepare their briefing.

This is the parties' first request to extend their summary judgment briefing deadlines in this case. The parties do not make this request to cause delay or prejudice any party.

DATED February 8th, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Donna M. Wittig*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Telephone: (702) 634-5000<br>*Attorneys for Deutsche Bank* | */s/ Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 11, 2019

2

47789939;1